**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DENNIS HARVEY HORSLEY, JR.**                                                    **PLAINTIFF**

**v.**                                       **Case No. 4:25-cv-00247-KGB**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Dennis Harvey Horsley, Jr.'s complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge